# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JACQUELINE WHITFIELD,** | **CASE NO. 2:24-cv-00806-NJB-DPC** |
| *Plaintiff,* | |
| **VERSUS** | **JUDGE: NANNETTE JOLIVETTE BROWN** |
| **PERE ANTOINE, INC.,** | **MAGISTRATE: DONNA PHILLIPS CURRAULT** |
| *Defendant.* | |

## DECLARATION OF CHRISTOPHER MINIAS

1. My name is Christopher Minias. I am over the age of eighteen (18) years, of sound mind, and am otherwise competent in all respects to make this Affidavit. All of the facts contained within this Affidavit are true and correct to the best of my knowledge, information and belief.

2. I am Plaintiff's Counsel of Record in *Whitfield v. Pere Antoine, Inc.*, Dkt. No. 2:24-cv-00806-NJB-DPC, pending in the U.S. District Court of the Eastern District of Louisiana.

3. During my representation of Plaintiff, I experienced substantial and repeated problems related to accessing and using the EEOC portal, particularly with regard to downloading documents.

4. For example, on September 28, 2023, I was unable to view and download the respondent's position paper that was uploaded on that date.

5. Accordingly, on that date, I emailed Kory Fascio, the EEOC investigator assigned to Ms. Whitfield's charge on that date, explaining that I was experiencing technical difficulties with the portal. A true and correct copy of this email is attached to this affidavit as Exhibit A-1. In that email, I explained:

EXHIBIT A

> Jackie and I are having issues with accessing her EEOC portal and the recent position statement filed on behalf of Pere Antoine. We keep getting an error message that tells us to call a phone number that also leads to a busy tone. Please let me know what you can do.

6. Mr. Fascio responded to my email and attached a copy of the position paper. See Exhibit A-1.

7. Subsequently, on December 7, 2023, my paralegal emailed Mr. Fascio, attaching a letter from my office requesting Ms. Whitfield's right to sue letter. See Exhibit A-5.

8. Mr. Fascio never responded to the email requesting the Right to Sue letter.

9. Just a few minutes after emailing the request for the right to sue letter, I received an automated email from the portal stating: "A new document was added to EEOC Charge No. 461-2023-00584, Ms. Jacqueline Whitfield v. PERE ANTOINE RESTAURANT. To view it, sign-in to the EEOC Public Portal." A true and correct copy of this email is attached to this affidavit as Exhibit A-2.

10. The automated email came at 12:52pm CST shortly after the Request for the Right to Sue Letter was emailed to Kory Fascio at 12:39 CST.

11. On that date, we logged into to the EEOC Portal, however, I was not able to view, access, or download any of the documents. I tried several times to access the document via the link in the December 7, 2023 automated email.

12. After logging in, I tried to access multiple documents but kept getting the same error messages for every document that I clicked on. I tried to download multiple different documents without success.

13. Subsequently, on March 28, 2024, I logged into the portal to review Ms. Whitfield's charge. I noticed that the charge was closed, so I sent Mr. Fascio another email. A true and correct copy of this email is attached to this affidavit as Exhibit A-3. In that email I

explained: "I am following up on the charge for Ms. Whitfield. It looks like her charge was closed and we can't access. I don't believe we viewed or received her right to sue letter. Please give me a call as it is urgent. Thank you."

14. Mr. Fascio responded to my email and attached a copy of Ms. Whitfield's Notice of Right to Sue Letter. See Exhibit A-3.

15. The first time I had ever received the Notice of Right to Sue letter was when it was sent by Kory Fascio to me via email on March 28, 2024.

16. Upon information and belief, the EEOC portal regularly experiences problems related to access and downloading documents. For example, on June 11, 2024, the website for the EEOC Portal noted: "Please be advised that starting on June 11, 2024, and continuing through today, documents uploaded in EEOC Public Portal will not immediately be available. The Commission is aware of this issue and is seeking a solution." A true and correct copy of this webpage is attached to this affidavit as Exhibit A-4.

**I declare under penalty of perjury, that the foregoing is true and correct. Executed this 2nd day of July 2024.**

_____
**CHRISTOPHER MINIAS**