UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JACQUELINE WHITFIELD                           CIVIL ACTION

VERSUS                                         CASE NO. 24-806

PERE ANTOINE, LLC                              SECTION: "G"

## ORDER AND REASONS

This litigation involves an employment discrimination dispute.[1] Before the Court is Defendant Pere Antoine, LLC's ("Defendant") Renewed Motion for Summary Judgment.[2] On July 21, 2025, the Court entered an Order granting Defendant's Motion for Summary Judgment and dismissing Plaintiff Jacqueline Whitfield's ("Plaintiff") claims under Title VII, the Americans with Disabilities Act, and the Equal Pay Act.[3] The Court granted Defendant leave of Court to file a renewed motion addressing Plaintiff's claim under 42 U.S.C § 1981.[4] In the Renewed Motion for Summary Judgment, Defendant argues Plaintiff's claims under Section 1981 should be dismissed as time-barred under the one-year statute of limitations as alleged discrete acts of discrimination.[5] Alternatively, Defendant argues the Section 1981 claim should be dismissed on the merits.[6] In response, Plaintiff states that she does not intend to pursue or litigate the Section 1981 claim.[7]

---

[1] See Rec. Doc. 1.

[2] Rec. Doc. 97.

[3] Rec. Doc. 96.

[4] Rec. Doc. 95.

[5] Rec. Doc. 97.

[6] *Id.*

[7] Rec. Doc. 99.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Renewed Motion for Summary Judgment is **GRANTED**. Plaintiff's claim under Section 1981 is hereby **DISMISSED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA**, this  19th  day of September, 2025.

                                           **NANNETTE JOLIVETTE BROWN**
                                           **UNITED STATES DISTRICT JUDGE**