**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JACQUELINE WHITFIELD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-806** |
| **PERE ANTOINE, INC.** | **SECTION G(2)** |

# ORDER

Before the Court is Defendant Pere Antoine, Inc.'s ("Defendant") Motion for Attorney's Fees, seeking attorney's fees from Plaintiff Jacqueline Whitfield ("Plaintiff") and her former counsel, Chris Minias ("Minias").[1] The motion was set for submission on October 29, 2025. Minias filed a limited objection to the motion and requested an additional 21 days to respond, citing Local Rule 7.8.[2] The Court notes that Local Rule 7.8 applies to responsive pleadings, which is inapplicable here. In any event, the Court shall continue the submission date to allow additional time to oppose the motion. Accordingly,

**IT IS HEREBY ORDERED** that the submission date for Defendant's Motion for Attorney's Fees[3] is continued to **November 12, 2025**.

New Orleans, Louisiana this 21st day of October, 2025.

Nannette Jolivette Brown
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

1 Rec. Doc. 102.

2 Rec. Doc. 103.

3 Rec. Doc. 102.